**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**



**SUNITA KHATRI,**

      **Plaintiff,**

**v.**                                                           **Civil Action No. 1:12cv613**

**EXPERIAN INFORMATION**
**SOLUTIONS, INC.,** *et al.,*

      **Defendants.**

## <u>AGREED ORDER</u>

CAME NOW Defendant, Experian Information Solutions, Inc. ("Experian"), by counsel, upon its Motion for an Extension of Time for Defendant, Experian Information Solutions, Inc., to file responsive pleadings to the Complaint filed by Plaintiff, Sunita Khatri.

UPON CONSIDERATION WHEREOF, for good cause shown and by agreement of counsel for Sunita Khatri and Experian, it is hereby,

ORDERED, ADJUDGED and DECREED that Experian's Motion for an Extension of Time be, and hereby is, GRANTED, and it is further,

ORDERED, ADJUDGED and DECREED that Experian shall be GRANTED an extension of time until on or before July 30, 2012, to file its responsive pleadings, including its Answer, to the Complaint filed by Sunita Khatri.

The Clerk is directed to send a copy of this Order to counsel of record.

ENTERED this 17th day of July, 2012.

/s/
Theresa Carroll Buchanan
United States Magistrate Judge

20041476v1

WE ASK FOR THIS:

SEEN AND AGREED:

David N. Anthony
Virginia State Bar No. 31696
*Counsel for Experian Information Solutions, Inc.*
TROUTMAN SANDERS LLP
1001 Haxall Point
Richmond, Virginia 23219
Telephone: (804) 697-5410
Facsimile: (804) 698-5118
Email: david.anthony@troutmansanders.com

Kristi C. Kelly
Virginia State Bar No. 72791
*Counsel for Plaintiff*
Surovell, Isaacs, Petersen & Levy, PLC
4010 University Drive, 2nd Floor
Fairfax, VA  22030
Telephone: 703-251-5400
Facsimile: 703-591-9285
Email: kkelly@siplfirm.com